**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-01145-KLM

GATES CORPORATION,

     Plaintiff,

v.

CRP INDUSTRIES, INC.,

     Defendant.

---

**ORDER OF DISCOVERY MASTER GRANTING JOINT MOTION
FOR EXTENSION OF TIME REGARDING INTERIM REPORT DEADLINE**

---

This matter comes before the Discovery Master via *Joint Motion for Extension of Time to Comply with the Discovery Master's June 27 Interim Report Requesting Clarification*, filed by counsel for CRP Industries, Inc. The Discovery Master, having reviewed the motion and the case file and good cause being shown, hereby ORDERS that the motion is GRANTED: the deadline to comply with the Discovery Master's June 27 Report is hereby extended to close of business on **Friday, July 12, 2019**.

SO ORDERED.

Dated: June 28, 2019          */s/ J. Gregory Whitehair*

                          _____
                          J. Gregory Whitehair
                          Discovery Master