# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01145-KLM

GATES CORPORATION,

    Plaintiff,

v.

CRP INDUSTRIES, INC.,

    Defendant.

───────────────────────────────────────────────

**ORDER BY DISCOVERY MASTER GRANTING UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO COMPLY WITH JUNE 27 INTERIM REPORT**

───────────────────────────────────────────────

    This matter comes before the Discovery Master as [CRP Industries'] *Unopposed Second Motion for Extension of Time to Comply with the Discovery Master's June 27 Interim Report* [Dkt 224]. Having reviewed the motion and the case file and good cause having been shown, the *Motion* is GRANTED: the deadline to comply with the June 27 Interim Report is hereby extended to close of business on July 17, 2019.

    SO ORDERED this 10th day of July, 2019.

                                                 */s/ J. Gregory Whitehair*
                                               J. Gregory Whitehair
                                               Discovery Master